IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE D. McCLENDON, | ) | No. C 09-0647 MMC (PR) |
| Petitioner, | ) ) | **ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME** |
| v. | ) ) | |
| JAMES TILTON, Director, California Department of Corrections and Rehabilitation, | ) ) ) ) | |
| Respondent. _____ | ) ) | |

GOOD CAUSE APPEARING, respondent's application for an extension of time to file a response to the petition is hereby GRANTED. Respondent shall file a response to the petition no later than **May 23, 2012**. Within **thirty** days of the date such answer or other response is filed, petitioner shall file with the Court and serve on respondent any traverse or opposition thereto.

IT IS SO ORDERED.

DATED: April 25, 2012

_____
MAXINE M. CHESNEY
United States District Judge