IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE D. McCLENDON,<br><br>      Petitioner,<br><br>  v.<br><br>JAMES TILTON, Director,<br>California Department of Corrections<br>and Rehabilitation,<br><br>      Respondent.<br>_____ | No. C 09-0647 MMC (PR)<br><br>**ORDER GRANTING RESPONDENT'S SECOND APPLICATION FOR EXTENSION OF TIME** |

     GOOD CAUSE APPEARING, respondent's second application for an extension of time to file a response to the petition is hereby GRANTED. Respondent shall file a response to the petition no later than **June 22, 2012**. Within **thirty** days of the date such answer or other response is filed, petitioner shall file with the Court and serve on respondent any traverse or opposition thereto.

     IT IS SO ORDERED.

DATED: May 25, 2012

                                                  _____<br>
                                                  MAXINE M. CHESNEY<br>
                                                  United States District Judge