IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE MCCLENDON,

    Petitioner,

v.

JAMES TILTON,

    Respondent.
    /

No. C 09-0647 MMC (PR)

**ORDER GRANTING PETITIONER'S APPLICATION FOR ENLARGEMENT OF TIME**

    Before the Court is petitioner's Application for Enlargement of Time, filed August 24, 2012, by which petitioner seeks a 30-day extension of time to file a traverse. Respondent has not filed a response thereto.

    The Court having read and considered petitioner's application, and good cause appearing therefor, the application is hereby GRANTED. Petitioner shall file his traverse on or before Monday, September 24, 2012.

    **IT IS SO ORDERED**

Dated: September 6, 2012

MAXINE M. CHESNEY
United States District Judge