IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE D. McCLENDON,

        Petitioner,

  v.

VIMAL SINGH, Warden,

        Respondent.
                                      /

No. CV- 09-0647  MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. The Petition for a Writ of Habeas Corpus is hereby DENIED.

    2. A Certificate of Appealability is hereby DENIED.

Dated: February 25, 2013                                  Richard W. Wieking, Clerk

                                                                                              *Tracy Lucero*

                                                                                              By: <u>Tracy Lucero</u>
                                                                                               <u>Deputy Clerk</u>